UNITED STATES, Appellee,

v.

Lawrence R. C. HORNER, Private, U.S. Army, Appellant.

No. 30,082.

U. S. Court of Military Appeals.

Nov. 28, 1975.

provided by paragraph 76b(2), Manual for Courts-Martial, United States, 1969 (Rev). In light of the punitive discharge imposed in this case, a rehearing on the sentence is required. *United States v. Johnson*, 18 U.S. C.M.A. 436, 40 C.M.R. 148 (1969).

Accordingly, the decision of the U.S. Army Court of Military Review as to the sentence is reversed. The record of trial is returned to the Judge Advocate General of the Army. A rehearing on sentence may be ordered.

*Colonel Victor A. DeFiori, Lieutenant Colonel James Kucera, Captain Ralph E. Sharpe,* and *Captain Ronald Lewis Gallant* were on the pleadings for Appellant, Accused.

*Lieutenant Colonel Donald W. Hansen, Major Steven M. Werner, Captain Robert P. Terzian, Captain Joel M. Martel, Captain Dale L. Anderson,* and *Captain Richard S. Kleager* were on the pleadings for Appellee, United States.

OPINION OF THE COURT

PER CURIAM:

At petitioner's trial by special court-martial, the military judge failed to instruct the court on the sentence voting procedures